AUSA: Terrence Haugabook Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jameria Caldwell Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Keyon GAMBLE

Case: 2:26−mj−30490
Assigned To : Unassigned
Assign. Date : 8/18/2026
Description: CMP SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 4, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in posession of a ammunition. |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jameria Caldwell, Special Agent (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 18, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, U. S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Jameria Caldwell, being duly sworn, hereby depose and state as follows:

## Introduction

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. I have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, as a Special Agent since September 2015.

3. I completed the Criminal Investigator Training Program, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I received a bachelor's degree in criminal justice from Michigan State University. After obtaining my degree, I worked for the Lansing City Police Department as a civilian Detention Officer. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking, and organized criminal street gangs, and have utilized a variety of investigative techniques and resources.

4. I am currently a Special Agent in Group III, which is responsible for conducting investigations related to the illegal use and/or possession of firearms, armed drug trafficking, and organized crime investigations.

5. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Keyon GAMBLE (XX/XX/XX77).

6. Based on the facts set forth in this affidavit, there is probable cause to believe that GAMBLE knowingly possessed ammunition as a convicted felon on August 4, 2026, in violation of 18 U.S.C. § 922(g)(1).

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

8. On June 22, 2026, Detroit Police Department (DPD) officers were dispatched to 40XX Elmhurst St., Detroit, Michigan, after Ms. S.T. (XX/XX/XX85) called 911 to report that she had been shot in the arm by GAMBLE.

9. Ms. S.T. advised officers that she and GAMBLE had been in an on-and-off relationship. Ms. S.T. went to GAMBLE's residence located at 40XX Elmhurst St, Detroit, Michigan to take care of GAMBLE's paralyzed mother. Ms. S.T. stated that she began to knock on the front door of the residence, which resulted in her knocking the glass out of the screen door. GAMBLE then came out with a

handgun and proceeded to fire one time in the air then later firing again, shooting her in the upper left arm.

10. On August 4, 2026, DPD officers executed a search warrant at 40XX Elmhurst St., Detroit, Michigan. GAMBLE was placed under arrest and served the active Ex-Parte personal protection order due to continuous threats made to Ms. S.T.

11. During the execution of the search warrant, one magazine containing two live rounds of Companhia Brasileira de Cartuchos (CBC) 9mm ammunition was recovered from GAMBLE's bedroom dresser drawer. Additionally, proof of residency from Rent a Center was recovered which showed the address of 40XX Elmhurst St., Detroit, Michigan issued to GAMBLE.

12. I conducted a review of GAMBLE'S criminal history, which revealed the following felony convictions:

a. 2003: Controlled Substance Delivery/Manufacturing <50 grams
b. 2004: Controlled Substance Delivery/Manufacturing <50 grams
c. 2009: Firearms – Possession by Felon and Felony Firearm
d. 2013: Firearms – Possession by Felon and Felony Firearm
e. 2013: Felony Firearm – Second Offense

13. On August 17, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Michael Jacobs, and provided information about the Companhia Brasileira de

Cartuchos (CBC) 9mm ammunition. Without physically seeing the ammunition and based solely on the description provided, SA Jacobs concluded that the ammunition was manufactured outside the State of Michigan and is ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

**Conclusion**

14. Probable cause exists to believe that on August 4, 2026, Keyon GAMBLE knowingly possessed ammunition after having been convicted of a felony offense in violation of Title U.S.C. § 922(g)(1). Therefore, probable cause exists that Keyon GAMBLE committed a violation of Title U.S.C. § 922(g)(1) (felon in possession of ammunition), within the Eastern District of Michigan.

Respectfully submitted,

Jameria Caldwell
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

August 18, 2026