UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 2:26-cr-20580
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/3/2026
Description: IND USA V GAMBLE
(lh)

UNITED STATES OF AMERICA,

v.

Violation: 18 U.S.C. § 922(g)(1)

KEYON GAMBLE,

Defendant.

_______________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about August 4, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Keyon Gamble, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, two live rounds of Companhia Brasileira de Cartuchos (CBC) 9mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), upon conviction of the offense charged in Count One of this Indictment, the defendant, Keyon Gamble, shall forfeit to the United States any ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
UNITED STATES ATTORNEY

*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Terrence R. Haugabook*
Terrence R. Haugabook
Assistant United States Attorney

Dated: September 3, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

Case: 2:26-cr-20580
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/3/2026
Description: IND USA V GAMBLE (lh)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** TRH |

**Case Title:** USA v. Keyon Gamble

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [**Case number:** 25-mj-30490 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ________________ **Judge:** ________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 3, 2026
Date

s/ Terrence Haugabook

Terrence Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
Fax: 313-226-2372
E-Mail address: Terrence.Haugabook@usdoj.gov
Attorney Bar #: P44554

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.